MHN

**RECEIVED**

JUL 1 0 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Melvin Maurice Green

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Paul J. Kaupas

Micheal E. O'Leary

Jerry Nudera

Robert Martin

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV3927**
**JUDGE LINDBERG**
**MAG.JUDGE NOLAN**

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

 __X__     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           **U.S. Code** (state, county, or municipal defendants)

 _____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

 _____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.** **Plaintiff(s):**

A.    Name: _Melvin M. Green_

B.    List all aliases: _____

C.    Prisoner identification number: _#2006-27_

D.    Place of present confinement: _Will County Adult Detention Facility_

E.    Address: _95 South Chicago Street, Joliet Illinois 60436_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Paul J. Kaupas_

Title: _Sheriff_

Place of Employment: _Will County Adult Detention Facility_

B.    Defendant: _Micheal F. O'Leary_

Title: _Warden_

Place of Employment: _Will County Adult Detention Facility_

C.    Defendant: _Jerry Nudera_

Title: _Deputy Chief_

Place of Employment: _Will County Adult Detention Facility_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Attach

D. Defendant: Robert Martin
   Title: Grievance officer
   Place of Employment: Will County Adult Detention Facility

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Worker's Compensation Act Case O5 WC 39752_

B. Approximate date of filing lawsuit: _August of O5_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Melvin M Green_

D. List all defendants: _Kelly Services (Temp agency) and Petco Warehouse_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Will County_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _I was hurt on the job and was seeking compensation._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _The case was settled._

I. Approximate date of disposition: _September 28, 2006_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Statement of Claims:

I am pro se in two matters, which Will County Adult Detention Facility has denied me access to the book law library. This denial is denying me the right to petition the courts. I am also indigent and was denied paper, postage, and legal envelopes to petition the courts. I am a detainee at Will County Adult Detention Facility. I have no choice to any other Law Library other than the computer Law Library Will County Adult Detention Facility provides in each individual pod (housing area). The computer Law Library provided is deficient in many aspects, and is not an adequate means of access to, or otherwise to petition the courts. I do not know how to use the computer Law Library, and no administrative personnel or such other person is made available by Will County Adult Detention Facility to teach me. There is no manual provided to guide me in using the provided Law Library effectively. Will County Adult Detention Facility provides no access to a law clerk, or such other person, trained in law to some degree, that may be able to give me advice regarding petitioning the courts. There are no reference sections (paperback books) to look further into legal issues which may be relevant to my case. The Computer Law Library does not contain Federal case law. Will County Adult Detention Facility does not provide pens to prepare or sign prepared legal documents. It is policy here at Will County Adult Detention Facility ~~that I, as~~ well as other detainees, can't have a pen because of security reasons. The Will County Adult Detention Facility does not make available for review any guides, or reference books, or otherwise any such section in the computer Law Library that could guide me on how to prepare and/or file writs, motions, civil suits, or habeas corpus, or any other such legal documents in accordance with ~~proper legal~~ standards. I have no access to any kind of physical paper Law Library, that provides, for my review, the jail's policy and procedure manual, and/or the employee's policy and procedures manual, in order that I may be able to determine if my rights are being violated, or otherwise that provides full and proper means to conduct legal research,

②

nor does the jail allow for a person to have any extra time to do research other than the time we are scheduled to be in the day room, which is usually cut short or we are denied due to the jail's many lockdowns. Will County Adult Detention Facility does not provide an area for me to get legal copies which I may need. There is no privacy to work on my case out of view of other inmates. (They can easily see what I'm looking up, or researching.) There is only one computer law library in each individual pod (housing area) to accommodate approximately 100 to 116 inmates. I have copies of grievances I have filed here at the Will County Adult Detention Facility showing me trying to get access to the law library with the responses to the grievances of which I was denied this access.

On December 19, 2007 I filed a grievance stating "this is my second request about the paper Law Library. I need help with finding Federal civil case law, which the Recreational or the (one) paper back book do not have. I asked others to help an there was no Federal Civil cases found. There is no Statue of limitation nothing that will help me. I need to use the paper books in D-pod." The response to this grievance was "Our current policy specifies that a Judge's order is necessary for someone to use the physical law library. Please Seek this."

On December 26, 2007 I filed a grievance stating "One 12-19-07, I submitted a request to go to the law library. I recieved a response that is this is this facilities policy that in order for someone to use the physical law library a judges order must be attached. I explained in my request that I'm pro se in a Federal matter, however, I haven't approached the courts with yet and I need access to the Federal Law books which contain Federal case law. I need to research such case law for purposes of pointing out to the court, upon the filing of my civil suit, that my case has merit. Also, I need to research statue of limitations and other Federal guidelines which the computer in our pod doesn't allow access to. I need to be given access to the physical law library to do research."

The response to this grievance I recieved was "Denied. Adequate Legal Information available on computer in Pod."

On February 6, 2008 I filed a grievance stating "In various contexts, both in general and with respect to prisoners there is a constitutional right to access to the courts which if vitiated or impaired, gives rise to 1983 Bivens claim. This is a fundamental right of access to the courts and it requires jail officials to provide the tools necessary for an inmate to be able to effectively petition the government. This right is based on the 1st Amendment right to petition the government and includes the right to file civil actions and also is based on the 5th and 14th Amendment due process clauses right to substantive due process of law. This facilities conception of the provisions which set forth pro se litigants rights of access to full and proper access to practice legal forms, guides, manuals, federal and state case law and such other legal materials that a pro se litigant may need access to in order that he may effectively challenge certain and specific legal issues, is seriously flawed and constitutionally deficient in many realms. I'm confined in your facility based on this counties mandate and not of my own choosing. I have other legal issues pending where I'm pro se (i.e., racial discrimination suit, and criminal charges out of state.) This facility has denied me my rights to full and complete access to a law library. Where in I cant effectively petition the government entities regarding the aforementioned matters. I have been denied access to the tools that I need to work on my cases. thus this facility has knowingly and intentionally violated my rights to be able to effectively petition the government. I'm pro se regardless if its in relation to the pending matter I'm being held in this facility for is irrelevant. Your office has consistently directed me to use the provided legal computer in the pod. This computer alone is not an effective tool to challenge the matters I have pending. There is no federal case law in it, no practice forms, and no directions supplied in it regarding what I need to do to properly file habeos corpus or writs, or motions. I don't even know how to use it as I'm computer illiterate and your office did not and does not provide a manual directing a person how to use such computer effectively. Your office has directed me to ask other inmates that don't know how to use the computer either. Anyhow it isn't other inmates responsibility, it is the responsibility of this facilities Administration Dept. I'm requesting full & proper access to the paper law library. If your office denies me access I'm prepared to take further action

...with the Federal Courts." This is the response I recieved concerning this grievance. "Thank you for the lesson in legal mumbo-Jumbo, But what is it exactly that you want? Returned to Inmate for clarification. Be concise! As Shakespeare wrote, ' Brevity Is the soul of wit.' (Hamlet) "

On February 12, 2008, I wrote a request stating " I would like a copy of the County jail policies and procedures, And also policy for officer's conduct." I recieved a response of " NO! "

On February 12, 2008 I wrote a request stating " I need postage so I can contact the courts." The response I recieved "CCC does not provide postage ask free store."

On February 13, 2008 I wrote a request stating " I'm indigent and need legal postage (envelope and stamp) for purposes of mailing a letter to the Dirksen Federal Building to request forms for a 1983 civil action related to my rights being violated as an inmate here at W.C.A.DF." The response I recieved "CCC does not hand out free stamps, Ask for free store from commissary."

On February 16, 2008 I wrote a grievance stating " I'm writing a grievance against Officer Hecht for threat, abusing his authority, and not providing me with the legal tools I need to work on my legal work. On 2-15-08, I approached Officer Hecht seeking printer paper so I can copy some cases off the computer, Officer Hecht began to tell me that WCADF do not have to provide paper for us. I told him its a state and federal law. I told him it is the County jails job to provide us with the necessary tools to petition the court, Then the Officer told me it's not true, and said that I can go and buy paper off the commissary to do my legal work, Then I told the Officer I have a case that I copied off the computer showing that the state must provide the proper tools to petition the courts, Then the officer got mad, and threatened me with lockdown time if the paper did not say it. He said you will be locked down for the remainder of the day. I go and get the paper where it states ' It says indigent Inmates must be provided at state expense with paper and pen to draft legal documents .... It also says ' we held that the fundamental constitutional right to access to the courts requires prison and state

authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law." I asked the officer was he trained in the law. He began to try and justify his wrongs. He never apologized or gave me the paper to print out the cases. This officer has violated my rights by not providing me with the tools I need to help in my cases. The officer has policies and procedures they must follow and will not. Hecht's and many others abuse their authority when it comes to detainees rights. I hope something will be done." The response I recieved "Officer Hecht's job is not to provide you with paper on demand. Grievance frivolous. You are to submit a written request for what you seek. Not make demands verbally."

On February 21, 2008 I appealed the grievance decision stating "I filed a grievance against officer Hecht for threat, abuse of authority, and not providing me with the legal tools (printer paper). I need to work on my legal work. Grievance Officer; Mr. Martin #1438 said on 2-20-08 that my grievance is frivolous. Officer Martin #1438 said that Officer Hecht's job is not to provide me with printer paper on demand. I would like you to know there was printer paper behind the desk on 2-15-08. Because Officer Hecht gave detainee Michael Turner Cell #41 some printer paper, which detainee did not have to fill out request for. I feel (you) Sergeant Martin #1438 is being partial and trying to justify Officer Hecht's abusing his authority, why was the other detainee given printer paper and I was denied, when the paper was available. Note: I showed officer the case off the computer about being provided with paper and he still tried to justify his wrong doings. My witness Michael Turner #41." This grievance was forwarded to Deputy of Chief of Operations. On February 25, 2008 I recieved a response from Deputy Chief J. aludera stating "The Administration concurs with the decision in Grievance # 2008-108. You failed to use the proper protocol to making your request, which is explained in full detail on page 13 of the Inmate Handbook: 'The Inmate Request form should be used for all requests you may need to make within the Facility.' You will be required to follow proper protocol and clearly defined in the Inmate Handbook. This protocol protects both you and the facility, as it provides the documentation that your rights are, indeed being protected. The materials you request cannot be provided if you make spontaneous, verbal, undocumented requests to on-duty Security Staff. This issue is administratively closed." Now concerning filling out request forms for printer paper, don't no inmate fill out a request form for printer paper. Any inmate can go to the Officer's desk and ask the Officer for printer paper for the computer and the Officer's give it to them without asking for no request form and it's been this way for months since I been here.

On February 29, 2008 I wrote a request stating "On 2-13-08, I requested to visit the law library in D-Pod so I can research federal cases in regards to my rights. While at the library I would like to review current policy and procedures of the WCADF and employees. I recieved my papers with a recieved stamp on it. It's been over 15 days since I requested to go to the library and have not been." I recieved a response stating "Computer Law Library is kept current, while the Hard Bound Books are not."

On March 4, 2008 I made a request stating "Federal cases law in regards to my rights is not in the computer in the pod. I would like to go to the law library in D-pod. I also would like to review policy and procedures handbook of employees." I recieved a response on March 5, 2008 Stating "No & No. Get a court order."

On March 11, 2008 I wrote a grievance stating "I requested to go to the law library in D-pod on 2-13-08, 2-29-08 and 3-4-08. I was told the law library in A-pod is kept current while the hard bound books in D-pod are not, and I was also told to get a court order if I wanted to view federal cases like( federal civil cases, federal habeas corpus, statues of limitations, or federal guidelines,) pertaining to my rights while in custody. Also I had someone to help me (who is not trained in the law to assist me and could not find on the computer in A-pod federal cases, legal forms to draft motions, federal or state habeas corpus, or writs to petition the courts. They also do not have a manual or manuals for those who are illiterate or non-English speaking (person) Also there are no legal forms in A-pods to draft motions, federal or state habeas corpus, or writs. Also there are no books to review employee's policy and procedures. In other requests and grievances I explained to you that I'm pro se in a racial discrimination and pending charges in another state. Still I haven't recieved the proper tools to help me petition the courts also again there is no one who is trained in the law to guide me in the right direction. In A-pod the computer law library is not adequate to petition the courts. I looked in the computer." I recieved a response stating "Request to use D-Pod Library denied. The D-Pod Law Library is discontinued and not up to date. The computer is kept up to date. We will not allow any inmate to review the policy manual."

On March 17, 2008 I appealed the grievance decision stating "On 3-17-08, I recieved a response that the D-pod law library hard bound books is discontinued and not up to date. I tried to explain that I'm pro se in pending matters in another state. This computer law library in the pod only have cases that pertain to Illinois. The computer material is Promise 4.1.1. which is not sufficient. I need access to West Law which give me the proper information concerning out of state laws and not cases only. West Law are books that judges and lawyers use in their findings. The computer law library in the pod is down loaded on a disc and put on the computers. Again the computer has no manuals to show me how to access the documents I need. There are no legal forms so I can file motions, habeas corpus, or writs which I need to do. The computer might be more up to date as you say, but it does not have the proper tools for me to petition the courts. I'm requesting to talk with someone who is trained in the law to guide me in the right direction. I'm not getting anywhere with these grievances, I've had these pending charges 14½ months and I need some help" This appeal was forwarded to the Deputy Chief of Security. I recieved a response on March 19, 2008 stating "By your own admission, you have 'pending matters in another state.'

It is our opinion that the Will County Adult Detention Facility should not provide legal resources to fight prosecution in another state. That jurisdiction is required to provide your legal materials and assistance. Please redirect your inquiry to the Office of Public Defender in that jurisdiction. This issue is administratively closed."

The classification officer Watson, who is in control of placement in this facility, is over the computer law library. All he does is update computer with a disc, supply paper for printer and supply ink cartridge for printer. He is not a legally trained person concerning any aspects of the law. If you ask Mr. Watson any questions concerning the law or computer law library, he tells you "he doesn't know" and "try and find someone in your pod (living area) and see if they can help you and show you what you are looking for."

These facts clearly prove that I am being denied access to the law library. I am also being denied legal assistance as far as some one trained in the law to assist me and show me what steps I need to take in my legal matters. Also proves that I am being denied access to petition the courts. This proof is well established from the facts within.

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

Revised 9/2007

Relief

I would like the court to have Will County Adult Detention Facility to provide a manual on how to use the Computer Law Library. Provide up-to-date physical law books with unlimited access. Provide a person trained in the law to aid the facility in helping individuals with legal work. Provide an area to get legal copies and also a ink pen for signing legal documents. Provide guidelines on how to prepare and/or file motions, writs, civil suits, habeas corpus, or any other such legal documents in accordance with proper legal standards. Provide the jail's policy and procedures manual and the employees policy and procedure manual to guarantee my rights are being protected. Provide extra time other than your scheduled time to be out in the day room for access to the computer law library and law library. Provide Federal Case law to be accessed by computer law library.

I would like to be compensated $200,000 for being denied access to the law library, legal assistance as far as someone trained in the law to assist me with my legal matters, and access to petition the courts.

Demands case be tried by a jury  ☑ Yes  ☐ No

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

**VI.**    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___July___ day of ___4___, 20___08___

_____

_____*Melvin Green*_____
(Signature of plaintiff or plaintiffs)

_____*Melvin Green*_____
(Print name)

_____*2006 - 27*_____
(I.D. Number)

_____*Will County Adult Detention Facility*_____

_____*95. South Chicago st*_____

_____*Joliet Il. 60436*_____
(Address)

Revised 9/2007

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Green  Melvin  M    CIMIS: 2006-27 DATE: 12-11-07 POD: A  CELL: 1
      (Last,    First,    M.I.)

\*\*\*INSTRUCTIONS\*\*\*
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  ( ) TRUST ACCOUNT
        ( ) VISITING LIST CHANGE  ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
(✓) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY
Melvin Green is Pro Se this is the second request about the paper
law Library I need help with finding federal civil case law which
the recreational or the (one) paperback book do not have I ask
other to help and there was no federal civil cases found there
is no statue of limitation nothing that will help Me. I need
to use the paper ~~back~~ books in D-pod

INMATES SIGNATURE: Melvin Green    CIMIS NUMBER: 2006-27

\*\*\*STAFF RESPONSE\*\*\*
Our current policy specifies that a Judge's
order is necessary for someone to use the
physical law library. Please seek this

POD OFFICER/ STAFF SIGNATURE: M Crithy         #: 193 DATE: 12-11-07
SERGEANT/ AREA SUPERVISOR SIGNATURE:            #:    DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE:          #:    DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE:                 #:    DATE:
WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Green, Melvin M     CIMIS: 2006-27 DATE: 12-26-01 POD: A   CELL: 1
_____ (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
     ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
     ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY

On 12-19-01, I submitted a request to go to the law library. I received a response
that it is this facilities policy that in order for someone to use the physical law library
a judges order must attach. I explained in my request that I'm prose in a federal matter
however I haven't approached the courts with yet. -- and I need access to the Federal
Law books which contain federal case law. I need to research such case law for purpose
of pointing out to the court upon the filing of my civil suit that my case has merit. Also,
I need to research statute of limitations and other Federal guidlines which the
computer in our pod doesn't allow access to. I need to be given access to the
physical law library to do research. Thank you!!

INMATES SIGNATURE: _Mel_____   CIMIS NUMBER: 2006-27

***STAFF RESPONSE*** DENIED.
ADEQUATE LEGAL INFORMATION
AVAILABLE ON COMPUTER IN POD.

| | #: | DATE: |
|---|---|---|
| POD OFFICER/ STAFF SIGNATURE: | #: 19 34 | DATE: 11/20/02 |
| SERGEANT/ AREA SUPERVISOR SIGNATURE: | #: | DATE: |
| LIEUTENANT/ WATCH COMMANDER SIGNATURE: | #: | DATE: |
| WARDEN/ DEPUTY CHIEF SIGNATURE: | #: | DATE: |

WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

Grievance.

## WILL COUNTY ADULT DETENTION FACILITY
### INMATE REQUEST FORM 22

NAME: Green  Melvin  M    CIMIS: 2006-27  DATE: 2-6-08 POD: A    CELL 1
     (Last,   First,   M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE    ( ) WRITS    ( ) HOLDS    ( ) MAIL    ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE    ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY

In various contexts, both in general and with respect to prisoners, there is a constitutional right to access to the courts which if violated or impaired gives rise to 1983 Bivens claim. This is a fundamental right of access to the courts and it requires jail officials to provide the tools necessary for an inmate to be able to effectively petition the government. This right is based on the First amendment right to petition the government and includes the right to file civil actions and also is based on the Fifth and Fourteenth Amendments Due process clauses right to substantive due process of law. This Facilities conception of the provisions which set forth

INMATES SIGNATURE: Melvin Green    CIMIS NUMBER: 2006-27

***STAFF RESPONSE*** *THANK YOU FOR THE LESSON IN LEGAL MUMBO-JUMBO, BUT WHAT IS IT EXACTLY THAT YOU WANT?*

*RETURNED TO INMATE FOR CLARIFICATION.*

*BE CONSISE / AS SHAKESPEARE WROTE, "BREVITY IS THE SOUL OF WIT." (HAMLET)*

POD OFFICER/ STAFF SIGNATURE: _____  #: 1938  DATE 2/6/08
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____  #: 766  DATE
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____  #: ____  DATE
WARDEN/ DEPUTY CHIEF SIGNATURE: _____  2/7/08  DATE
WHITE—SEND TO CLASSIFICATION   YELLOW---RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/06

*grievances* (handwritten)

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

NAME: _Green   Melvin   M_   CIMIS: _2006-27_   DATE: _2-6-08_   POD: _A_   CELL: _1_
    (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES ( Continuation )
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
Prose litigants rights of access to full and proper access to practice legal forms, guides, manuals, federal and state case law and such other legal materials that a prose litigant may need access to insider that he may effectively challenge certain and specific legal issues, is seriously flawed and constitutionally deficient in many realms. I'm confined in your facility based on this counties mandate and not of my own choice. I have other legal issues pending where in Im prose (ie: racial descrimination suit, and criminal charges out of state). This facility has denied me my rights to full and complete access to a law library where in I can effectively petition the government entities regarding the

INMATES SIGNATURE: _Melvin Green_   CIMIS NUMBER: _2006-27_

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: _A. Smith_   #: _1978_   DATE: _2/6/08_
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____   #: _____   DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____   #: _____   DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____   #: _____   DATE: _____
WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

## WILL COUNTY ADULT DETENTION FACILITY
### INMATE REQUEST FORM 22

NAME: Green    Melvin    M        CIMIS: 2006-27   DATE: 2-6-08   POD: A   CELL: 1
     (Last,     First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES  (Continuation)
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
aforementioned matters. I've been denied access to the tools that I need to work on my
case(s) thus this facility has knowingly and intentionally violated my rights to be able
to effectively petition the government. I'm prose, regardless if its in relation to the
reason matter I'm being held in this facility, or is irrelevant. Your office has consistently
directed me to use, the provided legal computer in the Pod. This computer/the
is not an effective tool to challenge the matters I have pending. There is no
federal case law in it, no practice forms, and no directions supplied in it
regarding what I need to to to properly file habeas corpus or
writs, or motions. Further, I don't even know how to use it as

INMATES SIGNATURE: Melvin Green       CIMIS NUMBER: 2006-27

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: [signature]            #: 1578 DATE: 2/6/08
SERGEANT/ AREA SUPERVISOR SIGNATURE:                 #:      DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE:               #:      DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE:                       #:      DATE:
WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: GREEN  Melvin  M  CIMIS: 2006-27 DATE: 2-6-08 POD: A  CELL: 1
      (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
    ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  ( ) TRUST ACCOUNT
        ( ) VISITING LIST CHANGE  ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES  (Continuation)
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
I'm computer illiterate and your office did not, and does not,
provide a manual directing a person how to use such computer
effectively. Your office has directed me to ask other inmates that
don't know how to use the computer either. Anyhow, it isn't other
inmates responsibility, it's the responsibility of this facilities
Administrative Dept. Once again, I'm requesting full & proper
access to the paper law library. If your office denies me this access,
I'm prepared to take further action with the Federal Courts.
Lewis vs Casey 618 U.S 343, 116 S. Ct 2174 (1996). Snyder vs Nolen 380 F. 3d 279
INMATES SIGNATURE: Melvin Green  CIMIS NUMBER: 2006-27
(7th Cir. 2004) McDonald vs Smith 472 U.S 479, 105 S. Ct 2789 (1985)
***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: K Smith  #: 1971 DATE: 2/6/08
SERGEANT/ AREA SUPERVISOR SIGNATURE:  #:  DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE:  #:  DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE:  #:  DATE:
WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Green   Melvin   M   CIMIS: 2006-27 DATE: 2-9-08 POD: A   CELL: 1
          (Last,        First,      M.I.)

\*\*\*INSTRUCTIONS\*\*\*
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
(X) ADMINISTRATIVE SECTION
    (X) REQUEST FOR INFORMATION
        ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   (X) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

I need a printout of my account balances and
transactions for the past (6) months from the date of
this request for legal purposes. Thank you!

INMATES SIGNATURE: Melvin Dre   CIMIS NUMBER: 2006-27

\*\*\*STAFF RESPONSE\*\*\*

Endorse

POD OFFICER/ STAFF SIGNATURE:               #: 1278 DATE 2 9 08
SERGEANT/ AREA SUPERVISOR SIGNATURE:        #: 401 DATE: 2 10 0
LIEUTENANT/ WATCH COMMANDER SIGNATURE:      #:        DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE:             #:        DATE:
WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _Green  Melvin  M_ CIMIS: _2006-27_ DATE: _2-12-08_ POD: _A_ CELL: _1_
(Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
(✓) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
I would like a copy of the county jail policies and procedures
And also policies for officers conduct.

INMATES SIGNATURE: _Melvin Green_ CIMIS NUMBER: _2006-27_

***STAFF RESPONSE***
NO!   1438   2/13/08

POD OFFICER/ STAFF SIGNATURE: _____ #: _____ DATE: 2/13/08
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____
WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: **Green   Melvin   M**   CIMIS: **2006-27** DATE: **2-13-08** POD: **A** CELL: **1**
(Last,        First,        M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE (  ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

RECEIVED
FEB 1 4 2008

(  ) CLASSIFICATION SECTION
   (  ) REQUEST FOR TENDER STATUS
   (  ) REQUEST FOR RECLASSIFICATION
   (  ) REQUEST TO SEE CLASSIFICATION OFFICER
      (  ) PROBLEMS WITH OTHER INMATES
   (  ) APPEAL OF DISCIPLINARY BOARD HEARING
(  ) ADMINISTRATIVE SECTION
   (  ) REQUEST FOR INFORMATION
      (  ) COURT DATE   (  ) WRITS   (  ) HOLDS   (  ) MAIL   (  ) TRUST ACCOUNT
   (  ) VISITING LIST CHANGE   (  ) REQUEST SPECIAL VISIT
(  ) LAUNDRY      *Never got to go to the Law library!*
(  ) PROPERTY
(  ) FOOD SERVICE SECTION
(  ) COMMISSARY SECTION
(  ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   (  ) APPEAL OF GRIEVANCE
(X) REQUEST TO GO TO LAW LIBRARY
(  ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

I would like to visit the law library to research
Federal Case law (not in law computer in pod) in regards
to my rights as an inmate and I'd like to review
the current policy and procedures of the W.C.A.D.F.
and employee policy and procedures hand book.

INMATES SIGNATURE: *Melvin Green* CIMIS NUMBER: **2006-27**

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: _____   #: **1904** DATE: **2/13/8**
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____   #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____   #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____   #: _____ DATE: _____
WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

**CCC**                    WILL COUNTY ADULT DETENTION FACILITY                    **22a**
### INMATE REQUEST FORM FOR THE CENTER FOR CORRECTIONAL CONCERNS

NAME: ~~Green~~   ~~Melvin~~   ~~M~~   CIMIS: _2006-27_ DATE: _2-12-08_ POD: _A_ CELL: _1_
    Last Name,     First Name,     Middle Initial

**\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\***
(1) <u>CLEARLY</u> PRINT ALL INFORMATION, DO NOT SEND COPIES.
(2) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(3) CHECK THE ( ) ITEM YOU NEED.
(4) ALLOW 48 HOURS FOR A RESPONSE BEFORE REPEATING THE SAME REQUEST.
(5) PLACE BOTH THE WHITE COPY AND YELLOW COPY IN THE BOX ON THE OFFICER'S DESK.

( ) **CONTACT THE PUBLIC DEFENDER'S OFFICE**      (Note: We **DO NOT** call paid Lawyers or State's Attorneys.)
    PUBLIC DEFENDER'S NAME (IF KNOWN):_____ PHONE #:_____
    MY CASE #:_____ NEXT COURT DATE:_____ CHARGE(S):_____
    IF REQUESTING A BOND REDUCTION, HOW MUCH CAN YOU POST?_____
    ( ) CONTACT PUBLIC DEFENDER INVESTIGATOR   NAME:_____
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
    POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) **INFORMATION / ADDRESS OF OTHER ILLINOIS COUNTIES.   COUNTY?**_____
( ) **REQUEST FOR LIBRARY SERVICES: (CHECK BOOK CARTS FIRST!)**
    TITLE:_____ AUTHOR:_____
( ) **REQUEST FOR BIBLE**
( ) **REQUEST FOR BIBLE STUDY COURSE**
( ) **REQUEST FOR ADDRESS BOOK/CALENDAR**
( ) **REQUEST FOR SUBSTANCE ABUSE EDUCATION CLASS**
    ( ) TASC   ( ) A.A.   ( ) DRUG COURT   ( ) OTHER_____
( ) **REQUEST COUNSELING**
    NAME_____ TYPE:_____
( ) **REQUEST CHAPLAIN   NAME:**_____
( ) **REQUEST EDUCATION PROGRAM**
( ) **SOCIAL SERVICES**
    ( ) INFORMATION   ( ) COURT INFORMATION   (✓) SPECIAL NEEDS   ( ) LEGAL COPIES
    ( ) TELEPHONE NUMBER   NAME:_____ CITY:_____ STATE:_____
    ( ) EMERGENCY MESSAGE  ADDRESS:_____ TELEPHONE #_____

NOTE: These requests do not leave the building. Send any letters to Judges, Attorney's, etc through the regular mail.

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS.           KEEP ALL MESSAGES SHORT AND TO THE POINT.
_I need postage so I can contact the courts_

**\*\*\*\*\*STAFF RESPONSE\*\*\*\*\***          **DO NOT WRITE BELOW THIS LINE**
_Ccc does not provide postage. ask free store_

( ) REVIEWED BY POD OFFICER    POD OFFICER'S SIGNATURE: _____ # _CP 96_ DATE: _2/18/08_
CENTER FOR CORRECTIONAL CONCERNS STAFF SIGNATURE: _R Hall_____ DATE:_____

    **WHITE COPY:** SEND TO CLASSIFICATION    **YELLOW COPY:** RETURN TO INMATE    REV 5/06  2/13

**CCC**          WILL COUNTY ADULT DETENTION FACILITY          **22a**

### INMATE REQUEST FORM FOR THE CENTER FOR CORRECTIONAL CONCERNS

NAME: _Green   Melvin   M_   CIMIS: _2006-27_ DATE: _2-13-08_ POD: _A_ CELL: _1_
     Last Name,      First Name,      Middle Initial

**\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\***
(1) <u>CLEARLY</u> PRINT ALL INFORMATION, DO NOT SEND COPIES.
(2) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(3) CHECK THE ( ) ITEM YOU NEED.
(4) ALLOW 48 HOURS FOR A RESPONSE BEFORE REPEATING THE SAME REQUEST.
(5) PLACE BOTH THE WHITE COPY AND YELLOW COPY IN THE BOX ON THE OFFICER'S DESK.

( ) **CONTACT THE PUBLIC DEFENDER'S OFFICE**     (Note: We **DO NOT** call paid Lawyers or State's Attorneys.)
     PUBLIC DEFENDER'S NAME (IF KNOWN):_____ PHONE #:_____
     MY CASE #:_____ NEXT COURT DATE:_____ CHARGE(S):_____
     IF REQUESTING A BOND REDUCTION, HOW MUCH CAN YOU POST?_____
     ( ) CONTACT PUBLIC DEFENDER INVESTIGATOR   NAME:_____
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
     POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) **INFORMATION / ADDRESS OF OTHER ILLINOIS COUNTIES.**  COUNTY?_____
( ) **REQUEST FOR LIBRARY SERVICES:** (CHECK BOOK CARTS FIRST!)
     TITLE:_____ AUTHOR:_____
( ) **REQUEST FOR BIBLE**
( ) **REQUEST FOR BIBLE STUDY COURSE**
( ) **REQUEST FOR ADDRESS BOOK/CALENDAR**
( ) **REQUEST FOR SUBSTANCE ABUSE EDUCATION CLASS**
     ( ) TASC   ( ) A.A.   ( ) DRUG COURT   ( ) OTHER_____
( ) **REQUEST COUNSELING**
     NAME_____ TYPE:_____
( ) **REQUEST CHAPLAIN**   NAME:_____
( ) **REQUEST EDUCATION PROGRAM**
(X) **SOCIAL SERVICES**
     ( ) INFORMATION   ( ) COURT INFORMATION   (X) SPECIAL NEEDS   ( ) LEGAL COPIES
     ( ) TELEPHONE NUMBER   NAME:_____ CITY:_____ STATE:_____
     ( ) EMERGENCY MESSAGE  ADDRESS:_____ TELEPHONE #_____

NOTE: These requests do not leave the building. Send any letters to Judges, Attorney's, etc through the regular mail.

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS.     KEEP ALL MESSAGES SHORT AND TO THE POINT.

Im indigent and need legal postage (envelope & stamp)
for purpose of mailing a letter to the Dirksen Federal
Building to request forms for a 1983 Civil action
related to my rights being violated as an inmate here
at W.A.D.F.

-----

**\*\*\*\*\*STAFF RESPONSE\*\*\*\*\***          **DO NOT WRITE BELOW THIS LINE**

CCC does not hand out free stamps. Ask for
free store from commissary

REVIEWED BY POD OFFICER   POD OFFICER'S SIGNATURE:_____ # _1904_ DATE: 2/13/8
CENTER FOR CORRECTIONAL CONCERNS STAFF SIGNATURE:_____ DATE:_____

**WHITE COPY:** SEND TO CLASSIFICATION    **YELLOW COPY:** RETURN TO INMATE    REV 5/06

2/14

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _Green    Melvin M_ CIMIS: _2006-27_ DATE: _2-13-08_ POD: _A_ CELL: _1_
           (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
(X) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   (X) MAIL   ( ) TRUST ACCOUNT
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

Im indigent and need legal postage (enevelope & stamp) for purpose of mailing a letter to the Dirksen Federal Building to request forms for a 1983 civil action related to my rights being violated as an inmate. here at W.A.D.F

INMATES SIGNATURE: _Melvin Green_ CIMIS NUMBER: _2006-257_

***STAFF RESPONSE*** Because you Received your Free Issue on Tuesday 2-12-08 I Can Not Bring you Another Free Issue until Tuesday 2-19-08.

POD OFFICER/ STAFF SIGNATURE: _____ #: _1904_ DATE: _2/13/8_
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _K. Dent_ #: _1150_ DATE: _2-14-08_
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____
WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

## WILL COUNTY ADULT DETENTION FACILITY
### INMATE REQUEST FORM 22

NAME: Green  Melvin  M    CIMIS: 2006-27  DATE: 2-16-08  POD: A  CELL: 1
(Last,    First,    M.I.)

\*\*\*INSTRUCTIONS\*\*\*
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
I'm writing a grievance against officer Hechs for treat abusing his authority, and not providing me with the legal tools I need to work on my legal work. On 2-16-08 I approached officer Hech seeking printer paper so I can copy some cases off the computer the officer Hech began to tell me that WCADF do not have to provide paper for us. I told him its a state and federal law. I told him it is the county jails job to provide us with the necessary tools to petition the court. Then the officer told me its not true, and said that I can go and buy paper off the commissary to do my legal work. Then I told the officer I have a case that I copied off the computer showing that the state must provide the proper tools to petition the courts.

INMATES SIGNATURE: Melvin Green    CIMIS NUMBER: 2006-27

\*\*\*STAFF RESPONSE\*\*\* OFFICER HECHT'S JOB IS NOT TO PROVIDE YOU WITH PAPER ON DEMAND. GRIEVANCE FRIVOLOUS. YOU ARE TO SUBMIT A WRITTEN REQUEST FOR WHAT YOU SEEK. NOT MAKE DEMANDS VERBALLY.

1431  8/2/08

POD OFFICER/ STAFF SIGNATURE: _____   #: 1702  DATE: 2/16/08
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____   #: _____  DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____   #: _____  DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____   #: _____  DATE: _____
WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

grievance
pg. 2

2008-00108

## WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

NAME: __Green     Melvin     M__     CIMIS: _2006-27_ DATE: _2-16-08_ POD: __A__ CELL: __1__
     (Last,     First,     M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
     ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
     ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
Then the officer got mad and treating me with lockdown time. If the paper didn't say it. He said you will be locked down for the remainder of the day. I go and get the paper and show the officer where it state Bounds vs Smith 97 S.Ct. 1491. 430 U.S. 817 (USNC 1977). It says that Indigent inmates must be provided at state expense with paper and pen to draft legal documents.... It also says we hell that the fundamental constitutional right to access to the courts requires preon and state authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law. I asked the officer was he trained in the

INMATES SIGNATURE: _Melvin Green_     CIMIS NUMBER: _2006-27_

***STAFF RESPONSE***_____
_____
_____
_____
_____
_____
_____

POD OFFICER/ STAFF SIGNATURE: _____ #: _1702_ DATE: _2/16/08_
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____

WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

Grievance
pg 3.

2008-0208
7A-19

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Green   Melvin   M   CIMIS: 2006 - 27 DATE: 2-16-08 POD: A CELL: 1
  (Last,   First,   M.I.)

2003-0010

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
      ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(v) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
law. He began to try and justify his wrong. He never apologize or gave me
the paper to print out the cases. This officer has violated my rights
by not providing me with the tools I need to help in my cases. The officers has
policies and procedures they must follow and will not. Hecks and many others
abuse their authority when it comes to detainees rights. I hope something
will be done.

INMATES SIGNATURE: Melvin Gr____   CIMIS NUMBER: 2006 - 27

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: _____   #: 1202 DATE: 2/16/08
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____   #: ___ DATE: ___
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____   #: ___ DATE: ___
WARDEN/ DEPUTY CHIEF SIGNATURE: _____   #: ___ DATE: ___
WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

## WILL COUNTY ADULT DETENTION FACILITY
### INMATE REQUEST FORM 22

NAME: _Green  Melvin  M_   CIMIS: _2006-27_ DATE: _2-18-08_ POD: _A_ CELL: _1_
(Last,   First,   M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  ( ) TRUST ACCOUNT
      ( ) VISITING LIST CHANGE  ( ) REQUEST SPECIAL VISIT (Note: the form I was given incomplete)
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

*02/19/08: INMATE PROVIDED WITH COPIES OF UPDATED COMPLAINT FORM TO FILE SECTION 1983 COMPLAINT, PRISONER INSTRUCTIONS & PRISONER CORRESPONDENCE FORM.* 14B

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
I explained that I was a indigent person in need of legal envelopes and postage. So that I can contact the Federal Court House to request Section 1983 paper work. In order to file a claim against WCADF for violation of my rights. However my rights to access to the courts were further denied by me being denied legal postage and an envelope. I'm requesting to be given a legal envelope and postage separate from my weekly.

INMATES SIGNATURE: _Melvin Green_   CIMIS NUMBER: _2006-27_

***STAFF RESPONSE*** ONE (1) 8½ × 11 MANILA ENVELOPE & TEN (10) SHEETS of PAPER PROVIDED TO INMATE ON 02/21/08 @ 12 NOON. WE WILL HONOR REQUEST FOR THREE POSTAGE STAMPS WHEN INMATE SEALS ENVELOPE AND ADDRESSES IT TO THE COURT. THIS REQUEST IS TO BE IN WRITING, VIA FORM 22. THE CLASSIFICATION UNIT. REQUEST TO POSSESS BALLPOINT PEN IN CELL DENIED FOR SECURITY REASONS. WE WILL HONOR ONE (1) REQUEST FOR NOTARY SERVICE, BUT ONLY IF YOU REQUEST IT VIA FORM 22 (IN WRITING) TO THE CLASSIFICATION UNIT.

N88  2/21/08

POD OFFICER/ STAFF SIGNATURE: _____ #: _1911_ DATE: _2-18-08_
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: ____ DATE: ____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: ____ DATE: ____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: ____ DATE: ____

WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00

GRIEVANCE
#23

2008-00 005
114

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Green    Melvin  M    CIMIS: 2006-27 DATE: 2-18-08 POD: A    CELL: 1
        (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  ( ) TRUST ACCOUNT
        ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY                                    THIS REQUEST MUST BE
( ) FOOD SERVICE SECTION                        MADE IN WRITING. NOT
( ) COMMISSARY SECTION                          VERBALLY TO POD DEPUTY.
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
It as says Indigent inmates Must be provided at state expense with paper
and pen to draft legal documents; with Notarial services to authenticate
them and with stamps to mail them 1142 U.S.C.A. 1983 U.S.C.A. Const.
Amend 14. Thank You

Bound vs Smith 97 S. Ct. 1491, 430 US 817 (USNC 1977)

INMATES SIGNATURE: Melvin Green    CIMIS NUMBER: 2006-27

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: _____    #: 1911    DATE: 2-18-8
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____    #:    DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____    #:    DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE: _____    #:    DATE:
    WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00


Appeal

2008-00108a
(A-1)

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _Green      Melvin      M_ CIMIS: _2006-27_ DATE: _2-21-08_ POD: _A_ CELL: _1_
     (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE    ( ) WRITS    ( ) HOLDS    ( ) MAIL    ( ) TRUST ACCOUNT
      ( ) VISITING LIST CHANGE    ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
Grievance Appeal: ON 2-16-08, I filed a grievance against officer Hecht's for treat
abuse of authority, and not providing me with the legal tools (printer paper). I need
to work on my legal work. Grievance Officer; Mr. Martin #438 said, on 2-20-08
that my grievance is frivolous. Officer Martin #438 said, that officer Hecht's
job is not to provide me with (printer paper) on demand. Again Bound vs Smith
97 S. Ct. 1491, 430 U.S. 817 (USNC 1977) It says that Indigent inmates Mus
be provided at state expense with paper and pen to draft legal documents
... The printer paper is not a privilege, but a constitutional right. I would like
you to know that there was printer paper behind the desk, on 2-16-08.
INMATES SIGNATURE: _Melvin Green_ CIMIS NUMBER: _2006-27_

***STAFF RESPONSE*** _Forwarded to Deputy Chief of Operations._

_2/22/08_

| | | | |
|---|---|---|---|
| POD OFFICER/ STAFF SIGNATURE: | _Fuller_ | #: _1814_ | DATE: _2-21-08_ |
| SERGEANT/ AREA SUPERVISOR SIGNATURE: | | #: | DATE: |
| LIEUTENANT/ WATCH COMMANDER SIGNATURE: | | #: | DATE: |
| WARDEN/ DEPUTY CHIEF SIGNATURE: | | #: | DATE: |



## WILL COUNTY ADULT DETENTION FACILITY
### INMATE REQUEST FORM 22

NAME: __Green__ __Melvin__ __M__  CIMIS: __2006-27__ DATE: __2-21-08__ POD: __A__ CELL: __1__
　　　(Last,　　First,　　M.I.)

***INSTRUCTION***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
　( ) REQUEST FOR TENDER STATUS
　( ) REQUEST FOR RECLASSIFICATION
　( ) REQUEST TO SEE CLASSIFICATION OFFICER
　　( ) PROBLEMS WITH OTHER INMATES
　( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
　( ) REQUEST FOR INFORMATION
　　( ) COURT DATE　( ) WRITS　( ) HOLDS　( ) MAIL　( ) TRUST ACCOUNT
　( ) VISITING LIST CHANGE　( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
　(✓) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
Because officer Hecht's gave detainee Micheal Turner cell #11 some printer
paper, which detainee did not have to fill out request for. I feel (you)
Sergeant Martin#1438 is being partial and trying to justify Officer
Hecht's abusing his authority. Why was the other detainee giving
printer paper and I was denied, when the paper was available.
Note: I showed officer the case off the computer about being provid-
ed with paper and he still tried to justify his own wronge doing.

My witness Micheal Turner cell #11
INMATES SIGNATURE: _____ CIMIS NUMBER: __2006-27__
* Also I would like my yellow copy of page 2 and 3 of grievance I wrote on 2-16-08.
***STAFF RESPONSE*** _____

_____
_____
_____
_____
_____

POD OFFICER/ STAFF SIGNATURE: _____ #: __1811__ DATE: __2-21-08__
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: ____ #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____
　WHITE—SEND TO CLASSIFICATION　YELLOW—RETURN TO INMATE　PINK—INMATE RETAINS AFTER FILLING OUT　REV 7/00



# WILL COUNTY ADULT DETENTION FACILITY
## 95 SOUTH CHICAGO STREET
## JOLIET, ILLINOIS 60436

**TO:**       Mr. Melvin Green (2006-000027)
**FROM:**     Deputy Chief J. Nudera (Operations/Security)
**SUBJECT:**  Appeal of Grievance #2008-108
**DATE:**     February 25, 2008

**Issue:**    You are appealing the decision rendered in Grievance #2008-108.

**Decision:**   The Administration concurs with the decision in Grievance #2008-108.  You failed to use the proper protocol to making your request, which is explained in full detail on page 13 of the Inmate Handbook:   *"The Inmate Request Form should be used for all requests you may need to make within the Facility."*

You will be required to follow proper protocol and clearly defined in the Inmate Handbook.  This protocol protects both you and the Facility, as it provides the documentation that your rights are, indeed, being protected.  The materials you request cannot be provided if you make spontaneous, verbal, undocumented requests to on-duty Security Staff.

This issue is administratively closed.

**CC:**   Sgt. R. Martin (Classification Unit)
          Inmate's Classification File

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _Green_  _Melvin_  _M_    CIMIS: _2006-27_ DATE: _2-29-08_ POD: _A_  CELL: _1_
     (Last,      First,      M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE    ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
(✓) REQUEST TO GO TO LAW LIBRARY ( Second request )
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
On 2-13-08, I requested to visit the law library in D-pod so I can research federal cases in regards to my rights. While at the library I would like to review current policy and procedures of the WCADF and employees. I received my papers with a received stamp on it. It's been over 15 days since I requested to go to the library and have not been.

_Law Library Request 3/1/08_

INMATES SIGNATURE: _Melvin Green_    CIMIS NUMBER: _2006-27_

***STAFF RESPONSE***

Computer Law Library is kept current, while the hard bound books are not.

| | # | DATE |
|---|---|---|
| POD OFFICER/ STAFF SIGNATURE: _S. Pompilius_ | #: 1980 | DATE: 3-1-08 |
| SERGEANT/ AREA SUPERVISOR SIGNATURE: | #: 1591 | DATE: 3-4-08 |
| LIEUTENANT/ WATCH COMMANDER SIGNATURE: | #: | DATE: |
| WARDEN/ DEPUTY CHIEF SIGNATURE: | #: | DATE: |

WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _Green    Melvin    M_    CIMIS: _2006-27_ DATE: _3-4-08_ POD: _A_ CELL: _1_
         (Last,    First,    M.I.)

***INSTRUCTIONS***
(1)  PRINT ALL INFORMATION
(2)  PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3)  CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4)  FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5)  SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( )  CLASSIFICATION SECTION
     ( )  REQUEST FOR TENDER STATUS
     ( )  REQUEST FOR RECLASSIFICATION
     ( )  REQUEST TO SEE CLASSIFICATION OFFICER
         ( )  PROBLEMS WITH OTHER INMATES
     ( )  APPEAL OF DISCIPLINARY BOARD HEARING
( )  ADMINISTRATIVE SECTION
     ( )  REQUEST FOR INFORMATION
         ( )  COURT DATE    ( )  WRITS    ( )  HOLDS    ( )  MAIL    ( )  TRUST ACCOUNT
     ( )  VISITING LIST CHANGE    ( )  REQUEST SPECIAL VISIT
( )  LAUNDRY
( )  PROPERTY
( )  FOOD SERVICE SECTION
( )  COMMISSARY SECTION
( )  COMPLAINT ABOUT TREATMENT / GRIEVANCES
     (✓)  APPEAL OF GRIEVANCE
(✓)  REQUEST TO GO TO LAW LIBRARY
( )  OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
Federal cases law in regards to my rights is not in the computer in the
pod. I would like to go to the law library in D-pod. I also would
like to review policy and procedures hand book of employees

INMATES SIGNATURE: _Melvin Green_ CIMIS NUMBER: _2006-27_

***STAFF RESPONSE*** NO & NO

GET A COURT ORDER                                    3/5/08

POD OFFICER/ STAFF SIGNATURE: _A. Shalabi_          #: 1119   DATE: 3/4/08
SERGEANT/ AREA SUPERVISOR SIGNATURE:                #:        DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE:              #:        DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE:                     #:        DATE:
WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _Green  Melvin  M_   CIMIS: _2006-27_  DATE: _3-11-08_  POD: _A_   CELL: _1_
    (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT.
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

I requested to go to the law library in D-pod on 2-13-08, 2-29-08, and 3-4-08. I was told the law library in A-pod is kept current while the hard bound books in D-pod are not And I was also told to get a court order, if I wanted to view federal cases like (federal civil cases, federal habeas corpus, statues of limations, or federal guidelines)(pertaining to my rights while in custody.) Also I had someone to help me (who is not trained in the law to assist me. And could not find on the computer in Apod federal cases, legal forms to draft motions, federal or state habeas corpus, or writs to petition the courts. The also do not have a manual or manuals for those who are illiterate or Non English speaking(person). Also there are no legal forms in A-pods to draft motions, federal or state habeas corpus, or writs

INMATES SIGNATURE: _Melvin Green_   CIMIS NUMBER: _2006-27_

***STAFF RESPONSE*** ~~[illegible]~~

REQUEST TO USE D-POD LIBRARY DENIED.  THE D-POD LAW LIBRARY
IS DISCONTINUED & NOT UP TO DATE.  THE COMPUTER IS KEPT UP-TO-DATE.

WE WILL NOT ALLOW ANY INMATE TO REVIEW THE POLICY MANUAL.

POD OFFICER/ STAFF SIGNATURE: _____   #: _1814_  DATE: _3-11-08_
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____   #: _____  DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____   #: _____  DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____   #: _____  DATE: _____

2008-00165

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

PAGE 2

NAME: __Green___  __Melvin___  __M___  CIMIS: __2006-27__ DATE: __3-11-08__ POD: __A__ CELL: __1__
     (Last;      First,     M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE  ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

Also there are no books to review employee's policy and procedures. In other request and grievances. I explained to you that I'm pro se in a racial discrimination and pending charges in another state. Still I havent received the proper tools to help me petition the courts. Also again there is no one who is trained in the law to guide me in the right direction. In A-pod the computer law library is not adquate to petition the courts. I looked in the computer.

INMATES SIGNATURE: __Mel Green__  CIMIS NUMBER: __Mel 2006-27__

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: _____  #: _1814_  DATE: _3-11-08_
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____  #: _____  DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____  #: _____  DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____  #: _____  DATE: _____
  WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00

A-6

2008-00165a

**WILL COUNTY ADULT DETENTION FACILITY**
**INMATE REQUEST FORM 22**

NAME: Green    Melvin    M    CIMIS: 2006-27  DATE: 3-17-08  POD: A   CELL: 1
   (Last,      First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT.
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY                              FORWARDED TO DEPUTY CHIEF OF SECURITY
( ) FOOD SERVICE SECTION                                   1438
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ✓ ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
On 3-17-08, I received a response, that the D-pod law library hard bound books is discontinued and
not up to date. I tried to explain that I'm pro Se in pending matters in another state. This computer
law library in the pod only have cases that pertains to Illinois. The computer material is Premise
4 9-1 which is not sufficient. I need access to West Law which give me the proper information
concerning out of state laws and not cases only. West Law are books that judges and lawyers
use in their findings. The computer law library in the pod is down loaded on a disc and put
on the computers Again the computer has no manuals to show me how to access the
documents I need. There are legal forms so I can file motions, habeas corpus or units
which I need to do. The computer might be more up to date as you say, but it does not
INMATES SIGNATURE: Melvin Green    CIMIS NUMBER: 2006-27

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: _____  #: 1736  DATE: 3/18
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____  #: _____  DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____  #: _____  DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____  #: _____  DATE: _____
   WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00

2008-0065a

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

NAME: ___Green_____Melvin____M____   CIMIS: _2006-27_ DATE: _3-17-08_ POD: _A_ CELL: _1_
     (Last,     First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
      ( ) PROBLEMS WITH OTHER INMATES
   ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
      ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ✓ ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
have the proper tools for me to petition the courts. I'm requesting to talk with someone who is trained in the law to guide me in the right direction. I'm not getting anywhere with these grievances. I've had these pending charges for 14½ months. And I need some help.

INMATES SIGNATURE: _Melvin Green_____   CIMIS NUMBER: _2006-27_

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: _____   #: 1906  DATE: 3/13
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____   #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____   #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____   #: _____ DATE: _____

WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00



**WILL COUNTY ADULT DETENTION FACILITY**
**95 SOUTH CHICAGO STREET**
**JOLIET, ILLINOIS 60436**

**TO:** Mr. Melvin Green (2006-000027)
**FROM:** Deputy Chief J. Nudera (Operations/Security)
**SUBJECT:** Appeal of decision rendered in Grievance #2008-00165
**DATE:** March 19, 2008

**Issue:** You are appealing the decision rendered in Grievance #2008-00165.

**Decision:** By your own admission, you have "pending matters in another state."

It is our opinion that the Will County Adult Detention Facility should not provide legal resources to fight prosecution in another state. That jurisdiction is required to provide your legal materials and assistance. Please redirect your inquiry to the Office of Public Defender in that jurisdiction.

This issue is administratively closed.

**CC:** Sgt. R. Martin (Classification Unit)
Inmate's Classification File

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

State of Missouri,          )
              Plaintiff          )
                          )
      v.                  )          Case No. 306 CF 12493
                          )
Melvin Green,              )
              Defendant.        )

## SPEEDY TRIAL DEMAND AND MOTION FOR WRIT OF HABEAS CORPUS

NOW COMES the Defendant, Melvin Green, Pro Se and incarcerated in the Will County Adult Detention Facility, Joliet, Illinois, and demands trial and in support of his Motion for Writ of Habeas Corpus represents the following:

1. That the above-captioned case is currently pending against Defendant;

2. That Defendant hereby demands speedy trial;

3. That Defendant, Melvin Green, is currently incarcerated in the:

> Will County Adult Detention Facility
> 95 South Chicago Street
> Joliet, Illinois 60436
> Inmate #: 2006-0000027
> Date of Birth: 3-13-1974

4. That Defendant wishes to personally address his case in court.

WHEREFORE, the Defendant, MELVIN GREEN, demands speedy trial and respectfully requests the prosecution issue a Writ to have Defendant brought before the Court.

Respectfully submitted:

_____
MELVIN GREEN
Pro Se Defendant

This a motion that my public defender Tim spats
wrote up for me which not legit.