**PRISONER CASE**

HHU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** MELVIN MAURICE GREEN

**Defendant(s):** PAUL J. KAUPAS, et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Melvin Green
#2006-27
Will County - WCF
95 South Chicago Street
Joliet, IL 60436

**Defendant's Attorney:**

FILED
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV3927**
**JUDGE LINDBERG**
**MAG.JUDGE NOLAN**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham   **Date:** 07/10/2008