FILED

JUL 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom this may concern:

    I, Melvin Green, is send my original grievance complaints because I am indigent. I don't have the money to make copies. So if you can, please make copies and send them back to me.

*Melvin Green*

**08CV3927
JUDGE LINDBERG
MAG. JUDGE NOLAN**